# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:17-cr-26 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| MARY ANN MORRIS ) | |
| ) | Magistrate Judge Christopher H. Steger |
| ) | |

## ORDER

United States Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 24) recommending that the Court: (1) grant Defendant's motion to withdraw her not guilty plea as to Count One of the two-count Indictment; (2) accept Defendant's guilty plea as to Count One of the two-count Indictment; (3) adjudicate Defendant guilty of knowingly stealing mail containing gift cards and other items from the United States Mail which mail was entrusted to her and intended to be conveyed by mail and carried by an employee of the Postal Service, in violation of Title 18 United States Code Section 1709; and (4) order that Defendant remain out of custody until sentencing in this matter or further order of this Court. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 24) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw her not guilty plea as to Count One of the two-count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One of the two-count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of knowingly stealing mail containing gift cards and other items from the United States Mail which mail was entrusted to her and intended to be conveyed by mail and carried by an employee of the Postal Service, in violation of Title 18 United States Code Section 1709; and

4. Defendant **SHALL REMAIN** out of custody on conditions of release (Doc. 7) until sentencing in this matter, which is scheduled to take place on **March 9, 2018**, at **9:00 a.m.** before the undersigned, or until further order of the Court.

SO ORDERED.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**